Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that the merchandise is properly dutiable at 3¼ cents per pound under paragraph 703, Tariff Act of 1930, on the basis of the net weight of the contents of the cans less 10 percent allowance for the gelatinous material.

**No. 44335.**—Protests 847548-G, etc., of John Thallon & Co., Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that the merchandise is properly dutiable at 3¼ cents per pound under paragraph 703, Tariff Act of 1930, on the basis of the net weight of the contents of the cans less 10 percent allowance for the gelatinous material.

**No. 44336.**—Protests 844172-G(E), etc., of Ampol, Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that the merchandise is properly dutiable at 3¼ cents per pound under paragraph 703, Tariff Act of 1930, on the basis of the net weight of the contents of the cans less 10 percent allowance for the gelatinous material.

**No. 44337.**—Protests 29725-K, etc., of Brooklyn Packing Co., Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that the merchandise is properly dutiable at 3¼ cents per pound under paragraph 703. Tariff Act of 1930, on the basis of the net weight of the contents of the cans less 10 percent allowance for the gelatinous material.

**No. 44338.**—Protests 29304-K, etc., of J. S. Hoffman Co., Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that the merchandise is properly dutiable at 3¼ cents per pound under paragraph 703, Tariff Act of 1930, on the basis of the net weight of the contents of the cans less 10 percent allowance for the gelatinous material.

**No. 44339.**—Protests 28269-K, etc., of Baltic Trading Co. et al. (New York).